# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00062-CR

**Ex parte Jolando King**

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-16-201710, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due March 7, 2018. On counsel's motion, the time for filing was extended to May 25, 2018. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than June 25, 2018. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on June 12, 2018.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish